IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LASHIRA S. GRIMSLEY,

    Plaintiff,

v.

                                    CASE NO: 3:11-CV-151

REGIONS FINANCIAL CORPORATION,

    Defendant.
_____

## COMPLAINT

Plaintiff, LASHIRA S. GRIMSLEY, (hereinafter referred to as "Grimsley") sues the Defendant, REGIONS FINANCIAL CORPORATION, (hereinafter referred to as "Regions"), and shows as follows:

### INTRODUCTION

1. This is an action for damages and other relief to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act of 1993 (FMLA), 29 U.S.C §§ 2601 *et seq.*

### JURISDICTION AND VENUE

2   The jurisdiction of the Court over this controversy is invoked pursuant to 29 U.S.C. § 2617(a)(2).  The unlawful employment practices alleged below were committed in the State of Florida within the Northern District of Florida.

1

## *PARTIES*

3. Plaintiff, LASHIRA S. GRIMSLEY, is a person entitled to the protection of the Family and Medical Leave Act of 1993 (FMLA), 29 U.S.C. §§ 2611(2)(A), and is an employee within the meaning of the Act.

4. Defendant, REGIONS FINANCIAL CORPORATION is a foreign profit corporation doing business in the State of Florida and has its principal place of business at 1900 Fifth Avenue North, Birmingham, Alabama  35203.

5. REGIONS FINANCIAL CORPORATION is an employer within the meaning of the Family and Medical Leave Act of 1993 (FMLA), 29 U.S.C. § 2611(4)(A).

## *FACTS*

6. Grimsley was hired by Regions in January 2007, as a Customer Service Representative.

7. During Grimsley's employment with Regions, she performed the duties of her job in a more than satisfactory manner.

8. On or about March 8, 2010, Grimsley was approved for intermittent Family and Medical Leave, for prenatal care. The leave was expected to continue until on or about July 15, 2010.

9. On May 27, 2010, Grimsley was advised by her Human Resource Supervisor that she was terminated due to excessive absenteeism.  She was given no advance warning or notice that she was going to be terminated.

10. At the time of Grimsley's termination she was nine months pregnant.

11. The reason given for Grimsley's termination was a pretext for exercising her rights under the Family and Medical Leave Act.

## FIRST CAUSE OF ACTION
*(Interference Claim)*

12. Regions' unlawfully denied or interfered with Grimsley's rights under the Family and Medical Leave Act.

13. Region's acts were with malice and with reckless disregard for plaintiff federally protected rights.

14. Grimsley is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Regions' discriminatory practices unless and until this Court grants relief.

## SECOND CAUSE OF ACTION
*(Retaliation Claim)*

15. Regions' unlawfully retaliated against Grimsley's by terminating her from her employment for exercising her rights under the Family and Medical Leave Act.

16. Regions' acts were with malice and with reckless disregard for plaintiff federally protected rights.

17. Grimsley is now suffering and will continue to suffer irreparable injury and monetary damages as a result of Regions' discriminatory practices unless and until this Court grants relief.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully requests the Court to enter a judgment:

a. Directing the defendant to reinstate plaintiff to the position she would have occupied but for defendant's discriminatory treatment and making him whole for all earnings she would have received but for defendant's discriminatory treatment, including, but not limited to, wages, salary, bonuses, pension and other lost benefits;

    b. Awarding plaintiff front pay;

    c. Awarding plaintiff liquidated damages;

    d. Awarding plaintiff prejudgment interest;

    e. Awarding plaintiff the costs of this action, together with reasonable attorney's fees; and,

    f. Granting such other and further relief as the Court deems just and proper in the premises.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated the 28th day of March, 2011.

                                  Respectfully submitted,

                                  <u>S/ R. John Westberry</u>
                                  R. JOHN WESTBERRY
                                  7201 North 9th Avenue, Suite A-4
                                  Pensacola, Florida 32504
                                  Telephone: (850) 473-0401
                                  Facsimile:  (850) 473-1388
                                  Florida Bar No. 244661

                                  Attorney for the Plaintiff